**OKLAHOMA TAX COMMISSION et al. v. CHAMPLIN REFINING COMPANY.**

**No. 1860.**

Circuit Court of Appeals, Tenth Circuit.

June 19, 1939.

Dick Jones, of Okemah, Okl., and Mac Q. Williamson, Atty. Gen. of Oklahoma, for appellants.

Nathan Scarritt and E. S. Champlin, both of Enid, Okl., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal, D.C., 25 F.Supp. 218, dismissed with prejudice, at appellants' costs, pursuant to stipulation.